# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC**, <br><br> Plaintiff, <br><br> *v.* <br><br> **JOHN DOE,** *infringer identified as using IP address 71.175.82.235*, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 21-3702-KSM** |

## ORDER

**AND NOW**, this 25th day of April, 2022, upon consideration of the parties' Consent Motion to Maintain Pseudonym Identifier in Case Caption, Permanently Seal Documents, and Permit/Require the Parties to File Future Documents Identifying Defendant Under Seal (Doc. Nos. 22, 24.), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Clerk of Court shall maintain the caption of this case identifying Defendant as "John Doe infringer identified as using IP address 71.175.82.235."

2. All documents containing Defendant's name, address, alleged connections between Defendant's social media and the alleged BitTorrent activity, and/or the names and addresses of any person associated with Defendant shall remain under seal. (Doc. Nos. 9, 10, 12, 24, 25.)

3. The parties' request to file future documents under seal is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.